**Mary Jo A. Jensen-Carter**
**Trustee in Bankruptcy**
**1257 Gun Club Road**
**White Bear Lake, MN 55110**
**Telephone (651) 486-7475**
**Facsimile (651) 486-7468**

October 25, 2023

United States District Court
District of Minnesota
The Honorable Judge Jerry W. Blackwell

      RE:   **Reichel v. Jensen-Carter**
              **Civil Case No. 23-cv-3226 JWB**

Dear Judge Blackwell:

I understand that Mr. Reichel has now filed a Notice of Appeal to the US District Court from a US Bankruptcy Court matter in case number 11-32923. Please be advised that I was the Chapter 7 Bankruptcy Trustee in that case. However, the case has been closed and I am no longer the Chapter 7 Trustee as I was discharged. Accordingly, I am not in a position to defend any matters on behalf of myself as Trustee of the bankruptcy estate. As a result, I do not intend to appear in the referenced matter. Should you have any questions regarding this matter, please do not hesitate to contact me.

Yours very truly,

Mary Jo A. Jensen-Carter

MJC;cjw

cc:    Bryan Reichel
        Reg. No. 18199-041
        FCI – Milan
        P.O. Box 1000
        Milan, MI 48160